IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID LAMAR JOHNSON, SR., | ) | |
| | ) | |
| Plaintiff, | ) | (WO) |
| | ) | |
| v. | ) | CASE NO. 1:05cv281-F |
| | ) | |
| WACHOVIA BANK, | ) | |
| NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, that this action be and is hereby DISMISSED WITHOUT PREJUDICE.

Done this 12th day of September, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE